CLERK, U.S. DISTRICT COURT

JUN 8 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADFORD,<br><br>    Petitioner,<br><br>    v.<br><br>ARTHUR CALDERON, Warden of<br>  California State Prison<br>  at San Quentin,<br><br>    Respondent. | CASE NO. CV 98-6453 RSWL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION OF DENIAL OF APPLICATION FOR SUBSTITUTION OF ASSOCIATE COUNSEL<br><br>**DEATH PENALTY** |

Having reviewed and considered the motion for reconsideration of the Court's order denying petitioner's ex parte application for substitution of associate counsel, and the declaration of David S. Hibbard, the Court rules as follows:

The motion for reconsideration is DENIED. Petitioner has failed to establish good cause for the substitution of associate counsel.

IT IS SO ORDERED.

Dated: June 7, 2000.

*RONALD S. W. LEW*

_____
Ronald S.W. Lew
United States District Judge

ENTERED ON ICMS

JUN - 8 2000

CV