

# DEATH PENALTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADFORD,<br><br>    Petitioner,<br><br>    v.<br><br>JEANNE WOODFORD, Warden of California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 98-6453 RSWL<br><br>**DEATH PENALTY CASE**<br><br>ORDER DENYING COUNSEL'S REQUEST TO WITHDRAW |

The request of Darlene Ricker to have herself and co-counsel David Hibbard relieved as petitioner's counsel is DENIED without prejudice to petitioner renewing it based on a proper showing after counsel has made a good faith effort, including contacting the Office of the Federal Public Defender, to secure substitute counsel for petitioner. See Johnson v. Gibson, 169 F.3d 1239, 1254 (10th Cir.), cert. denied, 528 U.S. 972 (1999); Hunter v. Delo, 62 F.3d 271, 274 (8th Cir. 1995).

IT IS SO ORDERED

Dated: April 1, 2004.

RONALD S.W. LEW

Ronald S.W. Lew
UNITED STATES DISTRICT JUDGE

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# NOTICE PARTY SERVICE LIST

Case No. CV 98-6453-RSWL   Case Title Bradford v Woodford

Title of Document Order denying counsel's Req+ to withdraw

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| X | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PIA Clerk - Riverside (PIAED) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Santa Ana (PSASA) |
| | PSA - Riverside (PSAED) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| | US Probation Office |
| | US Trustee's Office |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Address:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk VP