ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

CASE NO.: CV 98-6453 RSWL          DATE: January 26, 2006

TITLE: Bill Bradford v. Jeanne Woodford, Warden

========================================================================
DOCKET ENTRY:
========================================================================

PRESENT:

Hon. Ronald S.W. Lew, District Judge

KELLY DAVIS                         n/a
Deputy Clerk                        Court Reporter / Tape No.

COUNSEL PRESENT FOR PETITIONER:     COUNSEL PRESENT FOR RESPONDENT:

NOT PRESENT                         NOT PRESENT

========================================================================
PROCEEDINGS:

(In Chambers)

NOTICE OF CONFLICT AND REQUEST TO STAY BRIEFING SCHEDULE, FILED JAN. 25, 2006

Petitioner's request for a stay of the schedule set forth in the Court's Order Extending Filing Dates, filed Jan. 6, 2006, is DENIED. Petitioner shall file the third amended petition forthwith, including a verification by counsel, if necessary. The parties shall comply with all other deadlines in that Order.

If petitioner would like the Court to appoint second counsel in this matter, petitioner shall file the request within 30 days of the date of this order. (See Attorney's Guide to Case Management and Budgeting in Capital Habeas Cases, available at www.cacd.uscourts.gov (listing guidelines for appointment of second counsel in capital habeas cases)).



130
DOCKETED ON CM
JAN 31 2006
BY ____ 007

Page 1 of 1