# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



### CIVIL MINUTES - GENERAL

| Case No. | CV 98-6453 JVS | Date | November 1, 2006 |
|---|---|---|---|

Title   Bill Bradford v. Ornoski,

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause

The Court ORDERS counsel for petition to SHOW CAUSE, in writing, not later than November 8, 2006, why sanctions should not be imposed for failure to file the Phase IV Budget by October 23, 2006 as set in the order filed October 18, 2006.

The Court sets the ORDER TO SHOW CAUSE for hearing on November 13, 2006 at 2:30 p.m.

cc:   CJA Supervising Attorney
      Capital Habeas Law Clerk

Initials of Preparer