

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILL BRADFORD, | ) | CASE NO. CV98-06453 JVS |
| Petitioner, | ) | **DEATH PENALTY CASE** |
| v. | ) | ORDER GRANTING REQUEST TO |
| S.W. ORNOSKI, Acting Warden of California State Prison at San Quentin, | ) ) ) | BE RELIEVED AS PETITIONER'S COUNSEL OF RECORD AND |
| Respondent. | ) | SUBSTITUTING NEW COUNSEL |

The Court has reviewed the application of Darlene M. Ricker to be relieved as counsel of record for petitioner. (See Renewed Request to be Relieved as Counsel for Petitioner and for Appointment of Substitute Lead Counsel, filed under seal Jan. 9, 2007.) The Court GRANTS the request. Michael Crain (address: P.O. Box 3730, Santa Monica, California 90408) is hereby substituted as lead counsel for petitioner in place of Darlene Ricker, who is hereby relieved. Mr. Crain has substantial experience in the litigation of capital habeas proceedings and with capital cases generally, and he shall



receive compensation at the rate of $163.00 per hour for the time he serves as lead counsel for petitioner.

If Ms. Ricker wishes to be compensated for the time and resources expended in 2005 and 2006 in representing petitioner in this matter, then she shall file, under seal, a proposed budget setting forth those expenses no later than thirty days after the filing date of this order. The Court will then review counsel's submission and approve for payment those expenses which are reasonable.

Petitioner's revised proposed phase III budget, filed under seal November 3, 2006, petitioner's application for appointment of second counsel, filed under seal November 3, 2006, and petitioner's application for appointment of an investigator, filed under seal August 9, 2006, are DENIED without prejudice to petitioner's new lead counsel filing a new proposed phase III budget and applications for appointment of such additional personnel as counsel deems appropriate. Petitioner's new lead counsel shall file his proposed phase III budget under seal no later than 60 days after the filing date of this order.

The parties are directed to meet and confer to determine if any adjustment to the present schedule is necessary to afford Mr. Crain a reasonable opportunity to transition into this case. Within 15 days, the parties shall report to the Court that the present schedule is reasonable or submit a

proposed stipulation and order with proposed revisions.

The Courtroom Deputy Clerk shall serve this order on petitioner, petitioner's counsel, and counsel for respondent.

IT IS SO ORDERED.

Dated: January 17, 2007.

James V. Selna
UNITED STATES DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

Case No. CV 98-06453-JVS    Case Title Bill Bradford v. S.W. Ornoski, etc., et al.

**Title of Document**

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | Statistics Clerk |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division -L.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |
| ✓ | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | Name: Michael Cain |
| | Fiscal Section | | Firm: |
| | Intake Section, Criminal LA | | Address *(include suite or floor)*: |
| | Intake Section, Criminal SA | | P.O. Box 3730 |
| | Intake Supervisor, Civil | | Santa Monica, CA  90408 |
| | Interpreter Section | | *E-mail: mcrain8087@aol.com |
| | PIA Clerk - Los Angeles (PIALA) | | *Fax No.: (310) 571-3354 |
| | PIA Clerk - Riverside (PIAED) | | * For CIVIL cases only |
| | PIA Clerk - Santa Ana (PIASA) | | **JUDGE / MAGISTRATE JUDGE (list below):** |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| ✓ | Schnack, Randall (CJA Supervising Attorney) | | Initials of Deputy Clerk _____ |

G-75 (01/06)    NOTICE PARTY SERVICE LIST