UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BRADFORD,<br><br>　　　Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Acting Warden of California State Prison at San Quentin,<br><br>　　　Respondent. | USDC Case No. CV98-06453 JVS<br><br>(Central District of California - Hon. James V. Selna)<br><br>[PROPOSED] ORDER RE CASE SCHEDULING<br><br>**DEATH PENALTY CASE** |

GOOD CAUSE APPEARING, the Court orders as follows:

1. That proceedings be stayed until May 25, 2007, in order to provide Mr. Crain a reasonable opportunity to review Petitioner's case;

2. That during that time counsel for Petitioner and for Respondent will meet and confer regarding future scheduling;

3. That no later than May 25, 2007, counsel for Petitioner and for Respondent will file a joint proposal regarding future scheduling.

DATED: 2.7.07

JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE



1

174